# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

KENNETH RAY PITTS
ADC #085938                                                    PLAINTIFF

v.                          No. 4:20-cv-340-DPM-BD

KENNETH W. STARK, Captain,
Cummins Unit; HANDELY,
Sergeant, Cummins Unit; T. WADE,
Lieutenant, Cummins Unit; AVERY,
Lieutenant, Cummins Unit; AGNEW,
Sergeant, Cummins Unit; and AVERY,
Sergeant, Cummins Unit                                         DEFENDANTS

## ORDER

Objection, № 7, overruled. Magistrate Judge Deere did not clearly err or misapply the law in denying Pitts's motion, *Doc. 3*, as premature. *Doc. 5*.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

14 April 2020