IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KENNETH RAY PITTS
ADC #085938                                                                    PLAINTIFF

v.                            No. 4:20-cv-340-DPM-BD

KENNETH W. STARK, Captain,
Cummins Unit; HANDELY,
Sergeant, Cummins Unit; T. WADE,
Lieutenant, Cummins Unit; AVERY,
Lieutenant, Cummins Unit; AGNEW,
Sergeant, Cummins Unit; and AVERY,
Sergeant, Cummins Unit                                                       DEFENDANTS

ORDER

1. Pitts's appeal, *Doc. 12*, is denied. Magistrate Judge Deere did not clearly err or misapply the law in denying Pitts's motions for *in forma pauperis* status and for reconsideration. *Doc. 6, 8, 10 & 11*. Pitts is a three-striker; and he hasn't shown that he's in imminent danger of serious physical injury. *Doc. 2 & 4*. He is therefore ineligible to proceed *in forma pauperis*. 28 U.S.C. § 1915(g).

2. The Court withdraws the reference.

3. Pitts hasn't paid the filing fee; and the time to do so has passed. *Doc. 4*. The Court will therefore dismiss Pitts's complaint without prejudice. LOCAL RULE 5.5(c)(2). If Pitts wants to proceed

with this lawsuit, then he must pay the filing fee and file a motion to reopen by 4 June 2020.

4. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 May 2020