IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KENNETH RAY PITTS
ADC #085938                                                          PLAINTIFF

v.                       No. 4:20-cv-340-DPM

KENNETH W. STARK, Captain,
Cummins Unit; HANDELY,
Sergeant, Cummins Unit; T. WADE,
Lieutenant, Cummins Unit; AVERY,
Lieutenant, Cummins Unit; AGNEW,
Sergeant, Cummins Unit; and AVERY,
Sergeant, Cummins Unit                                               DEFENDANTS

## JUDGMENT

Pitts's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 May 2020